# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONIA MCCANDLESS, | Case No.: 2:24-cv-00516-APG-EJY |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| ANGEL OAK HOME LOANS, LLC, | |
| Defendant | |

On April 4, 2024, I ordered plaintiff Tonia McCandless to show cause, in writing, why I should not dismiss this case for lack of subject matter jurisdiction. ECF No. 6.  I advised McCandless that if she failed to respond to my order by April 30, 2024, I would dismiss this case without prejudice for lack of subject matter jurisdiction.  She has not responded.

I THEREFORE ORDER that this case is dismissed without prejudice.  The clerk of court is directed to close this file.

DATED this 6th day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE